**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Robert Colgin WILSON, Defendant–Appellant.**

**No. 05–12669**
**Non–Argument Calendar.**
**D.C. Docket No. 02–08024–TP–DMM.**

United States Court of Appeals, Eleventh Circuit.

Dec. 16, 2005.

Robin J. Farnsworth, Ft. Lauderdale, FL, Kathleen M. Williams, Miami, FL, for Defendant–Appellant.

Anne R. Schultz, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Before DUBINA, HULL and HILL, Circuit Judges.

PER CURIAM:

Robin Farnsworth, appointed counsel for Robert Colgin Wilson in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and

---

Wilson's revocation and sentence are AF-FIRMED.